```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 02171
   JOHN A. MAYFIELD
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

           Debtor
   SSN XXX-XX-0972


----------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------
       Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/31/08 .

   2.  The case was dismissed without confirmation, 06/06/2008.

   3.  The Debtor paid a total of $   1040.00 .

   4.  The Trustee made disbursements to creditors as follows:


----------------------------------------------------------------------------
CREDITOR NAME                CLASS            CLAIM AMOUNT      INTEREST         PRINCIPAL
                                                                PAID             PAID
----------------------------------------------------------------------------
OCWEN LOAN SVCG              CURRENT MORTG          .00              .00              .00
OCWEN LOAN SVCG              MORTGAGE ARRE    NOT FILED              .00              .00
TCF BANK                     SECURED                .00              .00              .00
AAC                          UNSECURED        NOT FILED              .00              .00
COMCAST                      UNSECURED        NOT FILED              .00              .00
COMED                        UNSECURED        NOT FILED              .00              .00
COMED                        UNSECURED        NOT FILED              .00              .00
LVNV FUNDING                 UNSECURED        NOT FILED              .00              .00
PARAMEDIC BILLING SERVIC     UNSECURED        NOT FILED              .00              .00
SPRINT NEXTEL                UNSECURED        NOT FILED              .00              .00
TCF NATIONAL BANK            UNSECURED        NOT FILED              .00              .00
           Summary of disbursements:
----------------------------------------------------------------------------
                     SECURED       PRIORITY     UNSECURED        OTHER          TOTAL
----------------------------------------------------------------------------
TOTAL CLMS ALLOWED        .00           .00           .00           .00            .00
PRINCIPAL PAID            .00           .00           .00           .00            .00
INTEREST PAID             .00           .00           .00           .00            .00
TOTAL PAID                .00           .00           .00           .00            .00
The Debtor's attorney, DAVID M SIEGEL                , was allowed $    3500.00
and was paid $    726.00  direct and $    979.68  through the plan.

The Trustee received $     60.32 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 09/10/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```